IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARION HEALTHCARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN ILLINOIS HOSPITAL SERVICES and HARRISBURG MEDICAL CENTER, INC., <br><br> Defendant. | Case No. 21-cv-00873-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

IT IS ORDERED AND ADJUDGED that pursuant to the Order regarding Amended Complaint dated December 30, 2022 (Doc. 35), judgment is entered in favor of Defendant. This action is **DISMISSED** with prejudice, each party to bear own costs.

DATED: December 30, 2022

MONICA A. STUMP,
Clerk of Court

By: s/ *Jackie Muckensturm*
Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
STEPHEN P. MCGLYNN
U.S. District Judge